IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LUTHA JAMES ROBINSON, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:12-CV-2857-RBP-TMP |
| GOVERNOR ROBERT BENTLEY, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 9, 2013, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. No objections were filed by either party.

Having carefully reviewed and considered *de novo* the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. A Final Judgment will be entered.

DATED this 3rd day of June, 2013.

*/s/ Robert B. Propst*

ROBERT B. PROPST
UNITED STATES DISTRICT JUDGE